IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JUSTIN MCMURRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:19-cv-00086-JHM-CHL |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, ET AL. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Justin McMurray, pursuant to Fed. R. Civ. P. 41(a)(1)(A) and files this Notice to Dismiss his negligence and defamation claims with prejudice in the above-referenced action against Defendant, Indiana Wesleyan University (Marion College), Inc.

Respectfully submitted this 22nd day of March, 2019.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff Justin McMurray*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                */s/ David W. Hemminger*
                David W. Hemminger